AO 241 (Rev. 09/17)



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 APR 20   AM 11: 36
OFFICE OF THE CLERK

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| **United States District Court** | | District: NEBRASKA | |
|---|---|---|---|
| Name (under which you were convicted):<br><br>JAKE GONZALEZ | | | Docket or Case No.:<br>8: 26CV171 |
| Place of Confinement :<br>RECEPTION AND TREATMENT CENTER | | Prisoner No.:<br>214341 | |
| Petitioner (include the name under which you were convicted)<br><br>JAKE GONZALEZ | v.. | Respondent (authorized person having custody of petitioner)<br><br>ROB JEFFREYS | |
| The Attorney General of the State of:  NEBRASKA | | | |

### PETITION

1.      (a) Name and location of court that entered the judgment of conviction you are challenging:

   JEFFERSON COUNTY DISTRICT COURT, FAIRBURY, NEBRASKA

   (b) Criminal docket or case number (if you know): · CR 21-18

2.      (a) Date of the judgment of conviction (if you know): 

   (b) Date of sentencing:   JANUARY 6, 2022

3.      Length of sentence:   70-80 YEARS' IMPRISONMENT, 3-3 YEARS

4.      In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.      Identify all crimes of which you were convicted and sentenced in this case:

   CHILD ABUSE RESULTING IN DEATH

   TERRORISTIC THREATS

6.      (a) What was your plea? (Check one)

   ☒ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

   ☐ (2)   Guilty             ☐ (4)   Insanity plea

RECEIVED
APR 2 0 2026
CLERK
U.S. DISTRICT COURT

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury    ☐ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☐ No

8.    Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:    SUPREME COURT OF NEBRASKA

(b) Docket or case number (if you know):    NO. S-22-053

(c) Result:    AFFIRMED

(d) Date of result (if you know):    FEBRUARY 17, 2023

(e) Citation to the case (if you know):    STATE V. GONZALEZ, 313 NEB. 520 (2023)

(f) Grounds raised:    DISTRICT COURT ERRED BY (1) FAILING TO INSTRUCT THE JURY ON MANSLAUGHTER AS A LESSER-INCLUDED OFFENSE AND (2) DENYING HIS MOTION TO CHANGE VENUE

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):    N/A

(3) Result:

Page 3 of 16

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____N/A_____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____N/A_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☒ Yes    ☐ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:   JEFFERSON COUNTY DISTRICT COURT _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know):   FEBRUARY 28, 2024 _____

(4) Nature of the proceeding:   POSTCONVICTION MOTION _____

(5) Grounds raised:   TRIAL COUNSEL PROVIDED INEFFECTIVE ASSISTANCE OF COUNSEL

BY (1) FAILED TO ADEQUATELY COMMUNICATE WITH HIM ABOUT THE CASE

PRIOR TO TRIAL,(2) FAILED TO INVESTIGATE AND CALL WITNESSES, (3)WAS

UNPREPARED FOR TRIAL,(4)FAILED TO RENEW THE MOTION FOR A CHANGE IN

VENUE,(5)FAILED TO OBJECT TO THE INTRODUCTION OF GRUESOME PHOTOS AT

TRIAL,(6)FAILED TO MOVE FOR A MISTRIAL AFTER JURORS OBSERVED HIM

WEARING RESTRAINTS, AND (7) FAILED TO INTRODUCE MATERIAL EVIDENCE.

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☒ No

(7) Result: _____N/A_____

AO 241 (Rev. 09/17)

(8) Date of result (if you know):    MAY 31, 2024

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:    N/A

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result:    N/A

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

N/A

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☒ Yes    ☐ No

(2) Second petition:   ☐ Yes    ☐ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    THE DISTRICT COURT ERRED IN FAILING TO INSTRUCT THE JURY ON

MANSLAUGHTER AS A LESSER-INCLUDED OFFENSE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE DISTRICT COURT ERRED IN FAILING TO INSTRUCT THE JURY ON MANSLAUGHTER

AS A LESSER-INCLUDED OFFENSE DEPRIVING PETITIONER OF DUE PROCESS AND AN

OPPORTUNITY TO BE CONVICTED OF A LESSER OFFENSE

(b) If you did not exhaust your state remedies on Ground One, explain why:

Page 6 of 16

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☒ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

Page 7 of 16

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

---

**GROUND TWO:**   TRIAL COURT ERRED BY DENYING PETITIONER'S MOTION TO CHANGE VENUE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

DUE TO OVERWHELMING PUBLICITY AND A WHIRLWIND OF MEDIA ATTENTION, CHANGE OF VENUE SHOULD HAVE BEEN GRANTED

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)   **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☒ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

_____

**GROUND THREE:**   TRIAL COUNSEL FAILED TO ADEQUATELY COMMUNICATE WITH

WITH PETITIONER ABOUT THE CASE PRIOR TO TRIAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

TRIAL COUNSEL ONLY MET WITH GONZALEZ SPORADICALLY DURING THE MONTHS LEADING UP TO

TRIAL AND DID NOT INCLUDE HIM IN ANY SUBSTANTIVE DISCUSSIONS OF TRIAL STRATEGY OR

PLEA NEGOTIATIONS. TRIAL COUNSEL ALSO DID NOT MEET WITH HIM DURING THE TRIAL TO

DISCUSS WHAT WAS HAPPENING

AO 241 (Rev. 09/17) .

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:  COUNSEL FAILED TO RAISE _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  MOTION FOR POSTCONVICTION RELIEF _____

Name and location of the court where the motion or petition was filed:  JEFFERSON COUNTY DISTRICT

COURT _____

Docket or case number (if you know):  CR 21-18 _____

Date of the court's decision:  MAY 31, 2024 _____

Result (attach a copy of the court's opinion or order, if available):  DENIED _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  NEBRASKA COURT OF APPEALS _____

Docket or case number (if you know):  A-24-479 _____

Date of the court's decision:  APRIL 15, 2025 _____

Result (attach a copy of the court's opinion or order, if available): _____

N/A

_____

Page 10 of 16

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**   TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO INVESTIGATE AND CALL WITNESSES IN PETITIONER'S DEFENSE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

TRIAL COUNSEL FAILED TO INVESTIGATE THE THEORY THAT B.S. HAD A HISTORY OF ABUSING H.S. AND WAS LIKELY THE ACTUAL PERPETRATOR OF THE CRIMES FOR WHICH PETITIONER WAS CONVICTED. TRIAL COUNSEL SHOULD HAVE CALLED HIS MOTHER AND BROTHER AS WITNESSES, BECAUSE THEY HAD WITNESSED ACTS OF ABUSE PERPETRATED BY B.S. UPON H.S. TRIAL COUNSEL'S FAILURE TO INVESTIGATE THIS THEORY AND CALL THE WITNESSES TO CORROBORATE IT DENIED HIM AN ADEQUATE DEFENSE.

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:   TRIAL COUNSEL FAILED TO RAISE

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   MOTION FOR POSTCONVICTION RELIEF

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:   JEFFERSON COUNTY DISTRICT

COURT, FAIRBURY, NE

Docket or case number (if you know):   CR 21-18

Date of the court's decision:   MAY 31. 2024

Result (attach a copy of the court's opinion or order, if available):   AFFIRMED

(3) Did you receive a hearing on your motion or petition?  ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   NEBRASKA COURT OF APPEALS

Docket or case number (if you know):   A-24-479

Date of the court's decision:   APRIL 15, 2025

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

---

| **GROUND FIVE** | TRIAL COUNSEL WAS INEFFECTIVE BY NOT BEING PREPARED FOR TRIAL |

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

TRIAL COUNSEL DID NOT INTERVIEW OR PREPARE WITNESSES FOR TRIAL, COULD NOT RECITE THE NAMES OF WITNESSES HE PLANNED ON CALLING TO TESTIFY DURING VOIR DIRE, AND SEEMED CONFUSED AND DISORGANIZED AT TIMES DURING THE TRIAL. BUT FOR COUNSELS ACTIONS, THE RESULT OF THE JURY TRIAL WOULD HAVE BEEN DIFFERENT.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c)    **Direct Appeal of Ground  5**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:    TRIAL COUNSEL FAILED TO RAISE

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    MOTION FOR POSTCONVICTION RELIEF

Name and location of the court where the motion or petition was filed:    JEFFERSON COUNTY DISTRICT COURT

Docket or case number (if you know):    CR 21-18

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision:   MAY 31, 2024

Result (attach a copy of the court's opinion or order, if available):   DENIED

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   NEBRASKA COURT OF APPEALS

Docket or case number (if you know):   A-24-479

Date of the court's decision:   APRIL 15, 2025

Result (attach a copy of the court's opinion or order, if available):   AFFIRMED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

AO 241 (Rev. 09/17)

**GROUND SIX**        TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO RENEW THE MOTION

TO CHANGE VENUE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

TRIAL COUNSEL PROVIDED INEFFECTIVE ASSISTANCE BY FAILING TO RENEW THE MOTION

TO CHANGE VENUE AFTER VOIR DIRE DUE TO THE "WHIRLWIND OF MEDIA" AND GOSSIP

SURROUNDING THE CASE AND AT LEAST 20 JURORS WHO WERE EXCUSED FOR THE CAUSE OF

BIAS AND FORMING OPINIONS AND EXPRESSING OPINIONS

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)   **Direct Appeal of Ground 6**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:   TRIAL COUNSEL FAILED TO RAISE

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   MOTION FOR POSTCONVICTION RELIEF

Name and location of the court where the motion or petition was filed:   JEFFERSON COUNTY DISTRICT

COURT, FAIRBURY, NE

Docket or case number (if you know):   CR 21-18

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision:   MAY 31, 2024

Result (attach a copy of the court's opinion or order, if available):   DENIED

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   NEBRASKA COURT OF APPEALS

Docket or case number (if you know):   A-24-479

Date of the court's decision:   APRIL 15, 2025

Result (attach a copy of the court's opinion or order, if available):   AFFIRMED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

AO 241 (Rev. 09/17)

**GROUND SEVEN**      TRIAL COUNSEL WAS INNEFFECTIVE FOR FAILING TO OBJECT TO

GRUESOME PHOTOS OF H.S.'S BODY WHICH WERE ADMITTED DURING THE TRIAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AT TRIAL, THE STATE OFFERED INTO EVIDENCE 4 PHOTOS OF H.S. WHICH WERE TAKEN AT THE
HOSPITAL AND APPROXIMATELY 12 PHOTOS OF HIM WHICH WERE TAKEN DURING AN AUTOPSY. THE
PHOTOS EVIDENCED THE NUMEROUS INJURIES SUFFERED BY H.S. IN THE HOURS PRIOR TO HIS
DEATH AND WERE UTILIZED DURING THE PATHOLOGISTS TESTIMONY TO EXPLAIN H.S.'S CAUSE
OF DEATH. TRIAL COUNSEL PROVIDED INEFFECTIVE ASSISTANCE IN FAILING TO OBJECT TO
THE ADMISSION OF THESE PHOTOS INTO EVIDENCE.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)   **Direct Appeal of Ground** 7

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: TRIAL COUNSEL FAILED TO RAISE

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: MOTION FOR POSTCONVICTION RELIEF

Name and location of the court where the motion or petition was filed: JEFFERSON COUNTY DISTRICT

COURT

Docket or case number (if you know): CR 21-18

AO 241 (Rev. 09/17)

Date of the court's decision:   MAY 31, 2024

Result (attach a copy of the court's opinion or order, if available):   DENIED

(3) Did you receive a hearing on your motion or petition?                          ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?                     ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   NEBRASKA COURT OF APPEALS
LINCOLN, NE

Docket or case number (if you know):   A-24-479

Date of the court's decision:   APRIL 15, 2025

Result (attach a copy of the court's opinion or order, if available):   AFFIRMED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

AO 241 (Rev. 09/17)

**GROUND EIGHT**  TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO MOVE FOR A

MISTRIAL AFTER JURORS SAW PETITIONER WEARING RESTRAINTS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

ON AT LEAST ONE OCCASION, ON THE MORNING OF TRIAL, PETITIONER WAS OBSERVED

BY THE JURORS IN FULL RESTRAINTS IN VIOLATION OF THE COURTS ORDER. TRIAL COUNSEL

WAS AWARE OF THE INCIDENT, BUT DID NOT MOVE FOR A MISTRIAL. COUNSEL FAILED TO POLL

THE JURY TO SEE HOW MANY JURORS WITNESSED PETITIONER IN RESTRAINTS.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)  **Direct Appeal of Ground**  8

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:  TRIAL COUNSEL FAILED TO RAISE

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  MOTION FOR POSTCONVICTION

Name and location of the court where the motion or petition was filed:  JEFFERSON COUNTY DISTRICT

COURT, FAIRBURY, NE

Docket or case number (if you know):  CR 21-18

Page 8 of 16

AO 241 (Rev. 09/17)

Date of the court's decision:    MAY 31, 2024

Result (attach a copy of the court's opinion or order, if available):    DENIED

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☒ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    NEBRASKA COURT OF APPEALS

LINCOLN, NE

Docket or case number (if you know):    A-24-479

Date of the court's decision:    APRIL 15, 2025

Result (attach a copy of the court's opinion or order, if available):    AFFIRMED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

AO 241 (Rev. 09/17)

**GROUND NINE**        TRIAL COUNSEL WAS INEFFECTIVE FOR FAILING TO OFFER MATERIAL

EVIDENCE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

TRIAL COUNSEL FAILED TO INTRODUCE PHOTOGRAPHS OF PETITIONER'S BODY TAKEN

IMMEDIATELY AFTER HIS ARREST. SUCH PHOTOS WOULD HAVE SHOWN THAT HE HAD NO

INJURIES ON HIS HANDS AND, THUS,  COULD NOT HAVE BEEN THE PERSON WHO ASSAULTED H.S.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)    **Direct Appeal of Ground  9**

(1) If you appealed from the judgment of conviction, did you raise this issue?       ☐ Yes    ☒ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:  TRIAL COUNSEL FAILED TO RAISE

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    MOTION FOR POSTCONVICTION

Name and location of the court where the motion or petition was filed:    JEFFERSON COUNTY DISTRICT
COURT, FAIRBURY, NE

Docket or case number (if you know):  CR 21-18

AO 241 (Rev. 09/17)

Date of the court's decision:   MAY 31, 2024

Result (attach a copy of the court's opinion or order, if available):   DENIED

(3) Did you receive a hearing on your motion or petition?                                      ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?                                 ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   NEBRASKA COURT OF APPEALS

LINCOLN, NE

Docket or case number (if you know):   A-24-479

Date of the court's decision:   APRIL 15, 2025

Result (attach a copy of the court's opinion or order, if available):   AFFIRMED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
        have used to exhaust your state remedies on Ground Two :

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☒ Yes        ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____

_____

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?       ☐ Yes      ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?       ☐ Yes      ☒ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:    N/A _____

_____

(b) At arraignment and plea:    N/A _____

_____

(c) At trial:    KELLY S. BREEN, NEBRASKA COMMISSION ON PUBLIC ADVOCACY _____

_____

(d) At sentencing:    KELLY S. BREEN, NEBRASKA COMMISSION ON PUBLIC ADVOCACY ____

_____

(e) On appeal:    KELLY S. BREEN, NEBRASKA COMMISSION ON PUBLIC ADVOCACY _____

_____

(f) In any post-conviction proceeding:    BENJAMIN H. MURRAY, MURRAY LAW _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding:    BENJAMIN H. MURRAY

MURRAY LAW _____

_____

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed:    _____

(c) Give the length of the other sentence:    _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☒ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:    TO DISCHARGE THE PETITIONER

FROM CUSTODY

or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _4 / 12 / 26_ (month, date, year).

Executed (signed) on  Jake Gonzalez (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Page 16 of 16



Inmate Name JAKE GONZALEZ
(First)          (Last)

Inmate # 214341
P.O. Box 22800
Lincoln, NE 68542-2800

Notice: This correspondence was mailed from an
Institution operated by the Nebraska Department of
Corrections. Its contents are uncensored.

quadient
CORRECTION
IMI
$003.00⁰
04/14/2026 ZIP 68522
043M30251651

US POSTAGE

ROMAN HRUSKA COURTHOUSE
CLERK OF THE FEDERAL COURT
111 S. 18TH PLAZA, SUITE #1152
OMAHA, NE, 68102

RECEIVED

APR 20 2026

CLERK
U.S. DISTRICT COURT