IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAKE GONZALEZ,

                Petitioner,

    vs.

ROB JEFFREYS,

                Respondent.

**8:26CV171**

**ORDER**

On May 11, 2026, the Court directed Petitioner to pay the $5.00 fee within 30 days or face dismissal of this matter. Filing No. 6. To date, Petitioner has not paid the $5.00 fee or taken any other action in this matter. Accordingly, the Court will require Petitioner to show cause why this case should not be dismissed for his failure to pay the filing fee. Absent a sufficient response, this case will be dismissed without prejudice and without further notice.

IT IS THEREFORE ORDERED that:

1.    Plaintiff will have 30 days to show cause why this case should not be dismissed for failure to pay the $5.00 fee. In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

2.    The Clerk of Court is directed to set a pro se case management deadline in this case using the following text: **August 5, 2026**: check for response to show cause order.

Dated this 6th day of July, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge

2