IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JAKE GONZALEZ,

Petitioner,

vs.

ROB JEFFREYS,

Respondent.

**8:26CV171**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On July 6, 2026, the Court ordered Petitioner to show cause by August 5, 2026, why this case should not be dismissed for failure to pay the $5.00 filing fee. Filing No. 7. Specifically, Petitioner was instructed that he had 30 days from July 6, 2026, to show cause why this case should not be dismissed for failure to pay the $5.00 fee. *Id.* Petitioner was also informed that in the absence of cause shown, his case would be dismissed without prejudice and without further notice. *Id.*

To date, Petitioner has not shown cause for his failure to pay the filing fee, and has not paid the filing fee or sought an extension of time in which to do so.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the filing fee and for failure to comply with a Court order. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 28th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge